FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

AUG 2 8 2006

GREGORY C. LANGHAM
CLERK

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 04-RJ-0009

STUDENT LOAN MARKETING ASSOCIATION,

        Plaintiff,

v.

JEFFREY L. BACON,

        Defendant,

    and

BANNER HEALTH,

        Garnishee.

---

### ANSWER OF THE GARNISHEE

---

_____, BEING DULY SWORN DEPOSES AND SAYS:
(Affiant)

**IF GARNISHEE IS AN INDIVIDUAL:** Garnishee herein is doing business in the name of _____
(State full name and address of business)

**IF GARNISHEE IS A PARTNERSHIP:** The names of the partners in the partnership are _____. The official title of the person completing this Answer is _____.

**IF GARNISHEE IS A CORPORATION:** The corporation is organized under the laws of the State of Colorado. The official title of the person completing this Answer is Marylou Vadiola

**IF GARNISHEE IS A STATE OR LOCAL GOVERNMENT ENTITY:** The

official title of the person completing this Answer is _____.

The Garnishee is an _____
(Agency, Department, etc.)

of _____.
(Name of Government Entity)

On **Aug 14**, 20**06**, Garnishee was served with the Writ of Continuing Garnishment for the pay period in effect on the date of service shown above.

Further, Affiant-Garnishee states as follows:

Yes No

☒ ___ 1. Defendant was/is in my/our employ.

___ ___ 2. Pay period is _____ weekly, **X** bi-weekly, _____ semi-monthly, ___ monthly. Enter date present pay period began **8/6/06**

. (Present means the pay period in which this Notice of Garnishment was served.) Enter date above pay period ends **8/19/06**.

3. Enter amount of net wages. Calculate below:

(a) Gross pay $ **3890.18**

(b) Federal Income Tax $ **601.48**

(c) F.I.C.A. Income Tax $ **48.99**

(d) State Income Tax $ **136.00**

(e) State Statutory Withholding $ _____

Total of tax withholdings $ **786.47**

Net Wages (a less total of b, c, d and e) $ **3103.71**

2

4. Are there currently garnishments in effect? (If the answer is yes, describe: _____.

5. The Garnishee has custody, control or possession of the following property (non-earnings) in which the Debtor maintains an interest, as described below:

| Description of Property | Approximate Value | Description of Debtor's Interest in Property |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

6. Garnishee anticipates owing to the judgment-debtor in the future, the following amounts:

| Amount | Estimate date or Period Due |
|---|---|
| 1. $ | |
| 2. $ | |
| 3. $ | |
| 4. $ | |

(Check the applicable line below if you deny that you hold property subject to this order of garnishment.)

_____ 7. The Garnishee makes the following claim of exemption on the part of Defendant:

3

_____   8. Or has the following objections, defenses, or set-offs to Plaintiff's right to apply Garnishee's indebtedness to Defendant upon Plaintiff's claim:

_____   9. The Garnishee was then in no manner and upon no account indebted or under liability to the Defendant, _____, and that the Garnishee did not have in his/her possession or control any property belonging to the Defendant, or in which the Garnishee has an interest; and is in no manner liable as Garnishee in this action.

The Garnishee mailed a copy of this answer by first-class mail to (1) the Debtor, Jeffrey L. Bacon at 18004 Willow Drive, Sterling, CO 80751, and (2) the attorney for the United States, LISA A. CHRISTIAN, Assistant U.S. Attorney, U.S. Attorney's Office, 1225 17th Street, Suite 700, Denver, CO 80202.

_____
Garnishee

Subscribed and sworn to before me this

_24_ day of _August_ 20_06_.

_____
Notary Public
(Seal)

My Commission expires: MY COMMISSION EXPIRES 2/20/2008

4