IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 04-rj-00009-CBS

STUDENT LOAN MARKETING ASSOCIATION,

    Plaintiff,

v.

JEFFREY L. BACON,

    Defendant.

    and

BANNER HEALTH,

    Garnishee.

---

ORDER DISMISSING WRIT OF GARNISHMENT

---

This matter coming before the Court on motion of the Plaintiff and the Court being fully advised in the premises, the Court hereby **ORDERS** that the Motion to Dismiss Writ of Garnishment filed on August 7, 2006 in this case is GRANTED.

DATED at Denver, Colorado, this 6th day of October, 2006.

BY THE COURT:

*s/Craig B. Shaffer*
Craig B. Shaffer
United States Magistrate Judge